# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2007

132257

C. PEPPER MOORE,
            Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
            Respondent-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132257
COA: 269883
Ingham CC: 04-001200-AA

_____/

     On order of the Court, the application for leave to appeal the August 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007

_____
Clerk

l0122